**Thomas B. McCullough, Jr.,** State Bar #58942
**Lauriann Wright,** State Bar #172249
Lauriann@TBM-LAW.com
**McCULLOUGH & WRIGHT, a Law Corporation**
4676 Admiralty Way, Suite 620
Marina del Rey, CA 90292-6607

Telephone no.:   (310) 306-2520
Facsimile no.:    (310) 301-3342

Attorneys for Felipe Vazquez, Jr., Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FELIPE VAZQUEZ, JR.**, an individual,<br><br>                             Plaintiff<br><br>vs.<br><br>**FIRST FRANKLIN, A DIVISION OF NAT. CITY BANK OF IN.**, a corporation, **CAL-WESTERN RECONVEYANCE CORPORATION**, a California corporation; **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF3**, a corporation; and **DOES 1** through **50**, inclusive,<br><br>                             Defendants. | **Case No.: CV09-5434-SVW (PLAx)**<br><br>**ORDER REMANDING ACTION TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, SOUTHWEST JUDICIAL DISTRICT**<br><br>State action filed:   07/08/09<br>Removal date:        07/24/09<br>Amnd. Cmplt. filed:  09/11/09 |

Having read and considered the parties' Application and Stipulation To Remand Action To State Court, the Court finds that there is no longer any basis for federal jurisdiction over the matters at issue in this action and that good cause exists for the matter to be remanded to state court.

///



-1-
**ORDER TO REMAND ACTION TO STATE COURT**

IT IS THEREFORE ORDERED that the instant action is hereby remanded in its entirety to the Superior Court of the State of California, Los Angeles County, Southwest Judicial District, where the action was initially filed as Case No. YC060133.

**IT IS SO ORDERED**.

Dated: November 23, 2009

By: _____
Honorable Stephen V. Wilson
Judge of the District Court



**ORDER TO REMAND ACTION TO STATE COURT**